

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00338-CV

**IN THE INTEREST OF L.I.A-N.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI16383
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's April 16, 2024 Agreed Order in Suit to Modify Parent-Child Relationship is REVERSED and the cause is REMANDED to the trial court for further proceedings. We assess no costs on this appeal. *See* TEX. R. APP. P. 43.4.

SIGNED May 21, 2025.

_____
Lori Massey Brissette, Justice